**ORAL ARGUMENT NOT YET SCHEDULED**

# United States Court of Appeals for the District of Columbia Circuit

**No. 20-5195**

OPEN TECHNOLOGY FUND, ET AL.,
*Plaintiffs-Appellants*,

v.

MICHAEL PACK, IN HIS OFFICIAL CAPACITY AS CHIEF EXECUTIVE OFFICER AND DIRECTOR OF THE U.S. AGENCY FOR GLOBAL MEDIA
*Defendant-Appellee.*

On Appeal from the
United States District Court for the District of Columbia,
No. 1:20-cv-01710-BAH (Hon. Beryl A. Howell)

## NOTICE OF INTENT OF 17 INTERNET FREEDOM ADVOCATES TO PARTICIPATE AS *AMICI CURIAE*

Kevin K. Russell
Charles H. Davis
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636
(800) 574-2033 (fax)
krussell@goldsteinrussell.com
cdavis@goldsteinrussell.com

*Counsel for Amici Curiae*

July 24, 2020

## CORPORATE DISCLOSURE STATEMENTS

Pursuant to Fed. R. App. P. 26.1 and D.C. Cir. R. 26.1, Petitioners submit the following corporate disclosure statements:

**Access Now** is an international civil society organization registered as a 501(c)(3) non-profit in the United States of America. It has no parent corporation. No publicly held corporation owns 10% or more of its stock or other interest in the organization.

**The App Coalition** is a member-led organization with no parent companies, subsidiaries or affiliates that have issued shares to the public.

**ARTICLE 19** is a 501(c)(3) non-profit corporation and has not issued shares to the public, nor does it have any parent companies, subsidiaries or affiliates that have issued shares to the public. ARTICLE 19 is a recipient of funding from OTF to support capacity building for internet freedom communities.

**The Benton Institute for Broadband & Society** is a non-profit corporation with no parent companies, subsidiaries, or affiliates and none of them have issued shares to the public.

**The Center for Democracy and Technology** is a non-profit, non-stock corporation organized under the laws of the District of Columbia. CDT has no parent corporation, nor is there any publicly held corporation that owns stock or other interest in CDT.

**The Center on Privacy & Technology at Georgetown Law** is a program within Georgetown University, a non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**The Committee to Protect Journalists** is a national, non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**Electronic Frontier Foundation** is a national, non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**Free Press** is a national, non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**Human Rights Watch** is a 501(c)(3) non-profit group organized under the laws of New York. Human Rights Watch has no parent corporation and no stock; it has never accepted support from OTF, and it does not accept any government funding.

**Media Alliance** is a 501(c)(3) non-profit California corporation and has not issued shares to the public. Media Alliance does not have any parent companies, subsidiaries or affiliates that have issued shares to the public.

**Media Democracy Fund** is a project of the New Venture Fund, a non-profit corporation incorporated in the District of Columbia. The New Venture Fund has no parent corporation, and no publicly held corporation owns 10% or more of its stock, as New Venture Fund is a nonstock corporation.

**Mozilla Corporation** is a subsidiary of the Mozilla Foundation, a non-profit corporation that has not issued shares or debt securities to the public. The Mozilla Foundation does not have any parent companies, subsidiaries (direct or indirect) or branches that have issued shares or debt securities to the public.

**Open Technology Institute** is a program within the New America Foundation. New America is a national, non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**Ranking Digital Rights** is a program within the New America Foundation. New America is a national, non-partisan, non-profit organization with no parent corporation and no publicly held corporation owning 10% or more of its stock or other interest in the organization.

**The Tor Project** is a 501(c)(3) non-profit corporation and has not issued shares to the public and does not have any parent companies, subsidiaries, or affiliates that have issued shares to the public.

**The Wikimedia Foundation** is a non-profit organization with no parent corporation. No publicly held corporation owns 10% or more of its stock or other interest in the organization.

## NOTICE OF INTENT OF INTERNET FREEDOM ADVOCATES TO PARTICIPATE AS *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29(b), *amici curiae* 17 Internet Freedom Advocates hereby notify this Court of their intent to file an *amicus curiae* brief in this matter in support of the Plaintiffs-Appellants. The names and a short description of the signatories appear in the attached Addendum. All parties consent to the filing of the brief.

Respectfully submitted.

/s/ Kevin K. Russell

Kevin K. Russell
Charles H. Davis
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636
(800) 574-2033 (fax)
krussell@goldsteinrussell.com
cdavis@goldsteinrussell.com

July 24, 2020

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on July 24, 2020. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Kevin K. Russell
Kevin K. Russell

# ADDENDUM

## Identity of *Amici Curiae*

**Access Now** is an international civil society organization founded in 2009 and registered 501(c)(3) non-profit in the United States of America that defends and extends the digital rights of users at risk. Through policy development and advocacy, legal interventions, grant making, multi-stakeholder conventions like RightsCon, and direct technical support through a Digital Security Helpline, the organization works through staff in more than fifteen countries to monitor, investigate, and prevent violations of digital rights worldwide.

**The App Coalition** advocates for public policies that will ensure consumers have unfettered access to the applications and content of their choosing, on their personal devices, including mobile phones and tablets, which requires a market free from control by artificial barriers, such as those created by gatekeepers (private or governmental).

**ARTICLE 19** is a non-profit corporation that works for a world where all people everywhere can freely express themselves and actively engage in public life without fear of discrimination. ARTICLE 19 is a recipient of funding from OTF to support capacity building for internet freedom communities.

**The Benton Institute for Broadband & Society** is part of the legacy of Senator William Benton, who founded the William Benton Foundation in 1948. Its mission is to articulate a public interest vision for the digital age and to demonstrate

the value of communications for solving social problems. As Assistant Secretary of State for Public Affairs, Senator Benton led the process of converting World War II radio services operated by the Office of War Information into a civilian system designed to promote democratic values throughout the world. The central element of that program was creation of the Voice of America, and Senator Benton is generally regarded as its progenitor. The Open Technology Fund is a contemporary implementation of Senator Benton's efforts.

**The Center for Democracy and Technology** is a non-profit public policy organization that works to promote democratic values, human rights, and civil liberties—including free expression, privacy, and open access. For more than 25 years, CDT has represented the public's interest in an open, decentralized Internet, worked to ensure that constitutional and democratic values are protected in the digital age, and promoted technologies that empower and protect people against oppressive government surveillance and censorship.

**The Center on Privacy & Technology at Georgetown Law** is a think tank whose work focuses on the impacts of government surveillance and commercial data practices on vulnerable communities. Protecting the privacy of vulnerable communities, who are often the subject of disproportionate government and commercial surveillance, is essential to ensuring that all communities can participate fully in democracy and society. The Center on Privacy & Technology has an interest in

preserving trustworthy privacy-enhancing technologies and tools relied upon by vulnerable communities around the world to defend themselves from government and commercial surveillance.

**The Committee to Protect Journalists** is an independent, non-profit organization that promotes press freedom worldwide. We defend the right of journalists to report the news safely and without fear of reprisal. CPJ has not taken funding from OTF.

**Electronic Frontier Foundation** is a non-profit civil liberties organization with more than 30,000 dues-paying members that has worked for 30 years to ensure that technology supports freedom, justice, and innovation for all people of the world. EFF has been a repeated recipient of funding from OTF, at amounts no more than 3% of EFF's overall budget, to support the technical development of software to make the Internet more secure. EFF also works worldwide to support digital security and fight censorship and overbroad surveillance, including assistance with training and publicizing human rights violations against digital activists and technologists, who are often targeted by repressive regimes.

**Free Press** is a national, non-partisan, non-profit organization working for equitable access to technology, diverse and independent ownership of media platforms, and journalism that serves the interests of local communities. It centers racial justice and social justice in its advocacy, in the belief that technology can and should

be a tool for liberation, but that it also can become a tool for surveillance and oppression in the hands of powerful governmental and corporate actors. Free Press is not a recipient of OTF funding or any government funding. Yet like other *amici*, Free Press is dedicated to promoting and protecting people's rights to use the Internet and other essential communications tools. The organization and its constituents rely upon technologies developed by OTF to advance their respective interests and missions, and to secure their own communications against censorship and surveillance.

**Human Rights Watch** is a non-governmental organization, originally established in 1978 as the Fund for Free Expression and headquartered in New York. Its mission is to expose violations of fundamental human rights, end abuses, and provide victims a voice. HRW operates around the world, partnering with local human rights defenders, victims, and witnesses to document violations of international human rights in over 100 countries. Its staff and its partners often exchange information in extremely dangerous conditions, under risks from armed conflict, terrorist groups, and authoritarian governments. It relies on secure technologies to keep its staff and partners safe and to enable it to inform the public of grave abuses and prompt governments to press for their cessation and remedy.

**Media Alliance** is a Northern California regional democratic communications advocate. Our membership includes professional and citizen journalists, researchers, academics, and community activists who do media and communications work.

Our constituency values and relies upon encrypted communications to safeguard themselves and their associates and sources when working on controversial issues in the public interest. OTF's tools are a very important part of their working toolkit.

**Media Democracy Fund**, a project of New Venture Fund, is a catalyst for an open, secure and equitable Internet. It brings together diverse voices to design inclusive and responsible solutions, and empower public interest advocates to create an environment where digital technologies and the Internet have a long-term, positive impact on society.

**Mozilla Corporation** is a global, mission-driven organization that works with a worldwide community to create open source products like its web browser, Firefox. Its mission is guided by a set of principles that recognizes, among other things, that individuals' security and privacy on the Internet are fundamental and must not be treated as optional.

**Open Technology Institute** is a multi-faceted technology policy and advocacy program based in Washington, DC under the broader New America Foundation umbrella. OTI works at the intersection of technology and policy to ensure that every community has equitable access to digital technology and its benefits. We promote universal access to communications technologies that are both open and secure, using a multidisciplinary approach that brings together advocates, researchers, and

innovators. OTI's staff and its partners regularly use tools supported by OTF, particularly open source tools, to keep their communications safe and secure.

**Ranking Digital Rights** is a research program at New America that promotes human rights online by establishing and advancing global norms for transparency and accountability in the tech sector. We publish the annual RDR Corporate Accountability Index, which ranks the world's most powerful digital platforms and telecommunications companies on their disclosed commitments, policies, and practices that affect privacy and free expression.

**The Tor Project** is a 501(c)(3) non-profit with a mission to advance human rights and freedoms by creating and deploying free and open source anonymity and privacy technologies, supporting their unrestricted availability and use, and furthering their scientific and popular understanding. Since 2006, the Tor Project and its technologies have helped millions of users every day to circumvent censorship and use the Internet privately and securely.

**The Wikimedia Foundation** is a non-profit organization based in San Francisco, California, which operates twelve free-knowledge projects on the Internet, including Wikipedia. Wikimedia's mission is to develop and maintain factual and educational content created and moderated by volunteer contributors, and to provide this content to people around the world free of charge. In June, the Wikimedia projects received nearly 22 billion page views, including 9.6 billion page views on

English Wikipedia. That month, users submitted over 23 million edits to Wikipedia. Since its creation, users have created over 54 million articles on Wikipedia.